**SCOTT ERIK ASPHAUG, OSB #833674**
United States Attorney
District of Oregon
**KATHERINE C. DE VILLIERS**
Katie.de.Villiers@usdoj.gov
Assistant United States Attorney
1000 SW Third Ave., Suite 600
Portland, Oregon  97204-2902
Telephone:     503-727-1000
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>v.<br><br>**6004 NE WILDING ROAD, CITY OF VANCOUVER, CLARK COUNTY, STATE AND DISTRICT OF WASHINGTON, REAL PROPERTY WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS,** *in rem*,<br><br>**Defendant.** | Case No. 3:22-cv-00741-BR<br><br>**MOTION FOR WRIT OF ENTRY** |

The United States has filed a Complaint *in rem* for Forfeiture of the Defendant real property with buildings, appurtenances and improvements, commonly known as 6004 NE Wilding Road, Vancouver, State and District of Washington, and more fully described as,

> The following described real estate, situated in the County of Clark, State of Washington:

Lot(s) 123, WILDING PARK ESTATES, according to the plat thereof, recorded in Volume J of Plats, Page 414, records of Clark County, Washington.

Tax ID: 119592958.

Based upon the Complaint *in rem* for Forfeiture, the United States respectfully moves this Court for a finding of probable cause and a Writ of Entry for the Defendant real property.

The United States does not request authority from the Court to seize the Defendant real property at this time. The United States will, as provided by 18 U.S.C. § 985(b)(1) and (c)(1):

1. Post notice of the Complaint on the Defendant real property;

2. Serve notice of this action on the owner of the Defendant real property along with a copy of the Complaint;

3. Execute a Writ of Entry for the purpose of conducting an inspection, inventory and testing for hazardous materials on the property; and

4. Record a *lis pendens* notice in the county records of the Defendant real property's status as a Defendant in this civil *in rem* forfeiture action.

The United States will also, as provided in 19 U.S.C. § 1606, appraise the Defendant real property.

Title 18, United States Code, Section 985(c)(3) provides that, because the United States will post notice of the Complaint on the Defendant real property, it is not necessary for the Court to issue an arrest warrant *in rem*, or to take any other action to establish *in rem* jurisdiction over the Defendant real property.

Therefore, the United States requests, under 18 U.S.C. § 985(b)(2), and under 18 U.S.C. § 983(j), which permits the Court to "take any other action to . . . preserve the availability of the property subject to civil forfeiture," that the Court issue the proposed Writ of Entry filed herewith authorizing the Internal Revenue Service, or its designee, to enter the Defendant real property, including any structures, on one or more occasions during the pendency of this civil *in rem* forfeiture action for the purpose of conducting an inspection and inventory, appraisal and testing

for hazardous materials which may include still and video photography, and to be accompanied on any such occasion by any government or contract personnel.

DATED: May 20, 2022.    Respectfully submitted,

SCOTT ERIK ASPHAUG
United States Attorney


*/s/ Katie de Villiers*
KATHERINE C. DE VILLIERS
Assistant United States Attorney