SCOTT ERIK ASPHAUG, OSB #833674
United States Attorney
District of Oregon
**KATHERINE C. DE VILLIERS**
Katie.de.Villiers@usdoj.gov
Assistant United States Attorney
1000 SW Third Ave., Suite 600
Portland, Oregon 97204-2902
Telephone: 503-727-1000
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**6004 NE WILDING ROAD, CITY OF VANCOUVER, CLARK COUNTY, STATE AND DISTRICT OF WASHINGTON, REAL PROPERTY WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS,** *in rem*,

    **Defendant.**

Case No. 3:22-cv-00741-BR

**NOTICE OF COMPLAINT FOR FORFEITURE AGAINST REAL PROPERTY**

TO: Bernice Bishop; Minyana Bishop; Johnell Cleveland via Attorney Ryan Costello;

Clark County Assessor's Office; Any and All Occupants residing at 6004 NE Wilding Road

**Notice of Complaint**      Page 1

A civil Complaint seeking forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and (C), 1954(e)(1) and 21 U.S.C. § 881(a)(6), was filed on May 20, 2022, in the United States District Court for the District of Oregon by Assistant United States Attorney Katherine C. de Villiers, on behalf of the United States of America, Plaintiff, against the Defendant real property commonly known as 6004 NE Wilding Road, Vancouver, Washington, and further described as:

> The following described real estate, situated in the County of Clark, State of Washington:
>
> Lot(s) 123, WILDING PARK ESTATES, according to the plat thereof, recorded in Volume J of Plats, Page 414, records of Clark County, Washington.
>
> Tax ID: 119592958.

The Complaint alleges that said property may, for the causes stated in the Complaint, be forfeited to the United States.

All persons claiming an interest in or right against the Defendant real property may contest the forfeiture by filing a claim in the manner set forth in Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure. The claim must be filed not later than the time stated in a direct notice sent under Rule G(4)(b), or thirty days after the final publication of notice if no direct notice was sent to Claimant or Claimant's attorney. In addition, any person having filed such a claim shall also serve and file an Answer to the Complaint under Rule G (5)(b) within twenty-one days after the filing of the claim. The claim must be filed with the Clerk of the United States District Court for the District of Oregon, 1000 SW 3rd Avenue, Room 740, Portland, Oregon 97204. The claim and answer must be served upon Katherine C. de Villiers, Assistant United States Attorney, 1000 SW 3rd Ave., Suite 600, Portland, Oregon 97204.

In accordance with 18 U.S.C. § 985, this Notice shall be posted on the Defendant real property and this Notice shall be served on the property owner, along with a copy of the Complaint for Forfeiture.

DATED: May 24, 2022.	Respectfully submitted,

SCOTT ERIK ASPHAUG
United States Attorney

*/s/ Katie de Villiers*
KATHERINE C. DE VILLIERS
Assistant United States Attorney